Case 10-41229 Doc 21 Page 1 of 2

FILED
September 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002949008

LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
ERIC DECATUR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

ERIC DECATUR

Debtor(s).
_____/

Case No.: 10-41229-E-13L
Mtn. Ctrl. No.JT-1
In Chapter 13
DATE: November 2, 2010
TIME: 2:00 p.m.
DEPT: E, CTRM 33
Honorable Judge Ronald H. Sargis

**DECLARATION OF REAL ESTATE APPRAISER LISA PATTERSON-FREEMAN
SUPPORT OF
MOTION TO VALUE**

I, LISA PATTERSON-FREEMAN, declare:

1. The matters set forth in this declaration are true of my own knowledge, and, if called upon to do so, I could and would competently testify to them.

2. I am a licensed Real Estate Appraiser with over 6 years of experience in the real estate and appraisal industries. During my professional career, I have been personally involved in the appraisal of over 1,200 properties.

3. Based on my background and experience I evaluated the property located at 281 Riverview Drive, Vallejo, CA 94589. I personally inspected the property on August 6, 2010, priced the necessary repairs and/or compliance issues to form an opinion of the fair market value

of the property.

4. Based upon my analysis of comparable sales, market trends and pertinent economic factors, as well as compliance issues, this property would have a fair market value of $205,000.00, as of the date of inspection.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on Sept 16, 2010, at Vallejo, Solano County, California.

BY: _____
LISA PATTERSON-FREEMAN, Declarant
Ca. License AR035255