

FILED
DEC 9 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re | Case No. 10-41229-E-13L |
|---|---|
| ERIC CARL DECATUR, | Docket Control No. PD-1 |
| Debtor. | Evidentiary Hearing:<br>DATE: February 24, 2011<br>TIME: 1:30 p.m.<br>DEPT: E |

### NOTICE OF AND ORDER FOR EVIDENTIARY HEARING FOR CONFIRMATION OF PLAN

**IT IS ORDERED** as follows:

1. The Evidentiary Hearing on the Objection to Confirmation will be held on **February 24, 2011, at 1:30 p.m.** before the Honorable Ronald H. Sargis, in Department E, United States Bankruptcy Court, 501 I Street, Sixth Floor, Courtroom 33, Sacramento, California. Continuance of the hearing date is disfavored and will be granted only upon noticed hearing and a showing of good cause.

2. The hearing is set for one-half (1/2) day.

3. The declarations filed by the parties in support or opposition to the confirmation shall constitute the Alternative Direct Testimony Statements as provided under Local Rule 9017-1.

4. The parties shall comply with the following requirements

regarding exhibits:

    a. Copies of all exhibits that a party may offer into evidence or use for any other purpose in connection with this hearing shall be pre-marked (plaintiff to use numbers and defendant to use letters) and presented in triplicate. In the case of ten (10) or more exhibits, they should be placed in three-ring binders.

    b. On or before **January 14, 2011**, Debtor shall serve one copy of their Exhibits on opposing counsel and lodge three copies with the court, Department E, at the United States Bankruptcy Court, Eastern District of California, **Attn: Janet Larson**, 501 I Street, Suite 3-200, Sacramento, California, 95814.

    c. On or before **January 24, 2011**, Deutsche Bank National Trust Company and any other parties in interest shall serve one copy of their Exhibits on opposing counsel and lodge three copies with the court, Department E, at the United States Bankruptcy Court, Eastern District of California, **Attn: Janet Larson**, 501 I Street, Suite 3-200, Sacramento, California, 95814.

    5. On or before **January 14, 2011**, Debtor shall file and serve any supplemental direct testimony statements, and points and authorities, with a Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address. Supplemental hearing brief(s) shall not exceed five (5) pages.

    6. On or before **January 24, 2010**, Deutsche Bank National Trust Company and any other parties in interest shall file and serve any supplemental direct testimony statements, and points and authorities, with a Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address. Supplemental hearing brief(s) shall not exceed five (5) pages.

    7. Evidentiary objections to the direct testimony statements and exhibits shall be filed with the court and served on or before **January 31, 2011**, with a Chambers' copy delivered to Department E, **Attn: Janet Larson**, at the Sacramento Courthouse address.

1  Opposition to any pretrial motions and evidentiary objections shall
2  be filed and served on or before **February 7, 2011**, with a Chambers'
3  copy delivered to Department E, **Attn: Janet Larson**, at the
4  Sacramento Courthouse address.

5  Dated: December 9, 2010

   /s/ Ronald H. Sargis
   RONALD H. SARGIS, Judge
   United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

---

Eddie Jimenez
4375 Jutland Dr., Suite 200
P.O. Box 17933
San Diego, CA 92177

John Tosney
331 J St #200
Sacramento, CA 95814

Eric Decatur
281 Riverview Dr
Vallejo, CA 94589

Lawrence Loheit
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814