FILED
April 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003419547

LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
ERIC CARL DECATUR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

ERIC CARL DECATUR,

Debtor(s).
_____/

Case No.: 10-41229-E-13L
Mtn. Ctrl. No.JT-3
In Chapter 13
DATE: June 7, 2011
TIME: 2:00 p.m.
DEPT: E, CTRM 33
Honorable Judge Ronald H. Sargis

**DEBTOR'S DECLARATION IN SUPPORT OF OBJECTION TO CLAIM OF CALIFORNIA STATE DISBURSEMENT UNIT**

I, ERIC CARL DECATUR, declare as follows:

1. I am the petitioner in this Chapter 13 case. The matter as set forth in this my declaration are true of my own knowledge, and, if called upon to do so, I could and would competently testify to them.

2. That the creditor, CALIFORNIA STATE DISBURSEMENT UNIT, has filed a late claim in my case in the amount of $64,201.93 for Santa Clara County Department of Child Support Services with the Trustee notifying his intent to pay on this late claim.

b. While I do not object to the validity of this claim, I do object to the Trustee disbursing any funds to this creditor through my Chapter 13 plan since my plan does provide for this

debt as a Class 4 claim because this debt will survive the life of the plan which I am paying directly to Santa Clara County through my current installment agreement with the county via a payroll deduction.

    c.    Therefore, I pray for an order that CALIFORNIA STATE DISBURSEMENT UNIT claim is treated as a Class 4 debt in my Chapter 13 plan and I continue to pay this creditor directly.

I, ERIC CARL DECATUR, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 3/31, 2011, at Sacramento, Sacramento County, California.

By: _____
ERIC CARL DECATUR,
Debtor and Declarant